Certificate Number: 12433-PAM-DE-034765776

Bankruptcy Case Number: 20-02264



12433-PAM-DE-034765776

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2020, at 8:56 o'clock AM EDT, Delroy Alexander Skeen completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 12, 2020     By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher