```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 20-02264-RNO
Delroy Alexander Skeen                                              Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke             Page 1 of 2            Date Rcvd: Sep 16, 2020
                               Form ID: ntcnfhrg           Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db           +Delroy Alexander Skeen,   3306 Mountain Laurel Drive,   East Stroudsburg, PA 18301-8124
5347389      +AMERICAN EXPRESS HEAD OFFICE,   WORLD FINANCIAL CENTER,   200 VESEY STREET,
               NEW YORK, NY 10285-1000
5351939       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
5347392      +CITIBANK CREDIT SERVICES,   100 CITIBANK DRIVE,   SAN ANTONIO, TX 78245-3202
5352599      +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
5347395       KEY BANK,   PO BOX 94968,   CLEVELAND, OH 44101-4968
5353842      +Quicken Loans, LLC,   635 Woodward Avenue,   Detroit, MI 48226-3408
5347397       RAYMOUR & FLANIGAN,   PO BOX 130,   LIVERPOOL, NY 13088-0130
5351695      +TD Retail Card Services,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,
               Dallas, TX 75380-0849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 16 2020 19:28:01
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5347388      +E-mail/Text: backoffice@affirm.com Sep 16 2020 19:23:30     AFFIRM INC,   633 FOLSOM ST FL 7,
               SAN FRANCISCO, CA 94107-3618
5347390       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2020 19:28:00     CAPITAL ONE BANK,
               PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5347393       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 16 2020 19:23:14     COMENITY BANK,
               BANKRUPTCY DEPT,   PO BOX 182125,   COLUMBUS, OH 43218-2125
5357113       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 16 2020 19:28:00
               Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
5347394       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 16 2020 19:23:07     INTERNAL REVENUE SERVICE,
               SPECIAL PROCEDURE BRANCH,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5347391       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 16 2020 19:27:59     CHASE CARD SERVICES,
               PO  BOX 15548,   WILMINGTON, DE 19886-5548
5347396       E-mail/Text: bankruptcyteam@quickenloans.com Sep 16 2020 19:23:21     QUICKEN LOAN INC,
               20555 VICTOR PKWY,   LIVONIA, MI 48152-7031
5347398       E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 19:28:27     SYNCHRONY BANK,
               ATTN BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5060
5347924      +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2020 19:28:05     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5352504*      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   Quicken Loans, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent Rubino    on behalf of Debtor 1 Delroy Alexander Skeen
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
           anwilliams.com;swiggins@newmanwilliams.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Delroy Alexander Skeen, aka Delroy A. Skeen, aka Delroy Skeen, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 5:20–bk–02264–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 28, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 4, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 16, 2020 |

ntcnfhrg (03/18)